SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

2/8/2019

JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 540-247-5799, WITH INTERNATIONAL MOBILE SUBSCRIBER IDENTITY 310410144949965, THAT IS STORED AT PREMISES CONTROLLED BY AT&T WIRELESS. | Case No. 5:19-mj-00009<br><br>**Filed Under Seal** |

## UNITED STATES' MOTION TO SEAL

The United States of America, by and through Thomas T. Cullen, United States Attorney for the Western District of Virginia, and Jeb Terrien, Assistant United States Attorney, moves the Court for an Order sealing the Application For A Search Warrant, Search Warrant, Affidavit of Special Agent, Steven Duke, FBI and all related documents. In support of this motion the government states as follows: (1) The investigation of this matter is ongoing; (2) release of this information would jeopardize this investigation and the safety of law enforcement officers.

Wherefore, the United States requests the Court to seal documents filed in these matters for twelve months.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date: February 7, 2019

s/Jeb T. Terrien
JEB T. TERRIEN
Assistant United States Attorney
116 North Main Street
Harrisonburg, VA  22802