CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
2/22/2019
JULIA C. DUDLEY, CLERK
BY: S/J.Vasquez
  DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)


**SEALED**

# Return

| Case No.: 5:19-mj-00009 | Date and time warrant executed: 2/11/2019  12:52 pm | Copy of warrant ~~and inventory~~ left with: AT&T Wireless |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

Eight (8) documents sent by AT&T via email on 2/20/2019, summarized below:

1. AT&T cover sheet, including certificate of authenticity of records.
2. AT&T records key (PDF)
3. Call Data Records - Mobility Report (Voice, SMS, Data), with cell location data. (PDF)
4. Call Data Records - Mobility Report (Voice, SMS, Data), with cell location data. (Text file)
5. Wireless Subscriber Information Report (PDF)
6. Wireless Subscriber Information Report (Text file)
7. Call Data Records - Landline Report (PDF)
8. Call Data Records - Landline Report (Text file)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/22/2019

*Executing officer's signature*

STEVEN DUKE / Special Agent
*Printed name and title*

Received in chambers by reliable electronic means on February 22, 2019.


USMJ